JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CORLEY,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>INVITATION HOME REALTY CALIFORNIA, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 5:23-cv-00146-FLA (Ex)<br><br>**ORDER REMANDING ACTION [DKT. 32]** |

1

1  On March 25, 2024, the parties in the instant matter filed a Stipulation to Remand Removed Action (Dkt. 32, "Stipulation"), stating the parties "stipulate it would be proper for the Action to be remanded" to the San Bernardino County Superior Court. *Id.* at 2.

Having read and reviewed the Stipulation, the court APPROVES the Stipulation and REMANDS the action to the San Bernardino County Superior Court, Case No. CIVSB2213022.  All dates and deadlines are VACATED.

IT IS SO ORDERED.

Dated: March 26, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2